UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY ALLISON ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> COAST PROFESSIONALS, INC. ) <br> ) <br> ) <br> Defendant ) <br> ) | Case Number: 12-6113 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Jerry Allison, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Bruce@warren-lawfirm.com
Warren Law Group
57 Cooper Street
Woodbury, NJ 08096
856-848-4573
856-324-9081